**Exhibit 3**

**Claim Chart for the Practice of Independent Claims 1, 2, 40, 45, 49, 53, 67, and 68 of Complainant Vicor Corporation's United States Patent No. 10,903,734 by Delta VPD Module and Circuit Board Assemblies and Computing Systems Containing the Same[1]**

## Claim 1

| # | Limitation | Practice Evidence |
|---|---|---|
| 1.pre | A method of powering a semiconductor device having power input terminals, the method comprising: | The Delta VPD Module [green] practices "[a] method of powering a semiconductor device [blue] having power input terminals." |

[1] The following analysis of Delta VPD Module is applicable to all other equivalent Delta power modules as well as to circuit board assemblies and computing systems containing the same.

| | | |
|---|---|---|
| | |  |


Data Center Power Conversion Modules
Regulated Bus Converter
12V
Hard Disk
DIMM
PCIe
Fan
High Voltage Bus Converter
Un-regulated Bus Converter
Voltage Regulator
0.8V/1.8V
XPU
TPU
ASCI
CPU
直流電源轉換器
Delta DCDC Converters
1/4 Brick
1/8 Brick
1/16 Brick
UBC
TVR
VR
D12DOR8140A
D07SOR8640A

| # | Limitation | Practice Evidence |
|---|---|---|
| | | Ex. 4 at 1.<br><br><br>Ex. 4 at 2. |
| 1.a | providing a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells, | The Delta VPD Module practices a method comprising "providing a power conversion module [red] having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells [blue]." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br><br>Ex. 28 at 1. |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br><br>Ex. 4 at 3. |
| 1.b | each conversion cell including one or more converter output terminals, | The Delta VPD Module practices a method comprising "each conversion cell including one or more converter output terminals."<br><br>Each conversion cell (see 1.a) includes a positive output terminal (Vout) and a ground output terminal (GND). |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br><br>Ex. 28 at 3.<br><br>*See also* 1.a. |
| 1.c | the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage, | The Delta VPD Module practices a method comprising “the conversion circuitry being configured to convert power received at a first voltage [red] for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage [green].”<br><br>The un-regulated bus converters down-converts voltage at either 4:1, 5:1, or 8:1 [purple]. Thus the “first voltage” is at least 6V (i.e., 48V / 8), which is higher than the “second lower voltage” of either 0.8V or 1.8V. |

| | | |
|---|---|---|
| | | Data Center Power Conversion Modules<br>Hard Disk<br>DIMM<br>PCIe<br>Fan<br>12V<br>XPU<br>TPU<br>ASCI<br>CPU<br>直流電源轉換器<br>Delta DCDC Converters<br>UBC |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | Ex. 4 at 1.<br><br><br>Ex. 4 at 2. |
| 1.d | the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals | The Delta VPD Module practices a method comprising "the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals."<br><br>The converter output terminals are arranged in a first pattern at a first spacing greater than 1mm corresponding to each Voltage Regulator conversion cell |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br>Ex. 4 at 3. |
| 1.e | providing an interconnection module having x-input terminals arranged on a first side of the interconnection module in a pattern configured to align with the first pattern of converter output terminals, and | The Delta VPD Module practices a method comprising "providing an interconnection module [purple] having x-input terminals [green] arranged on a first side [orange] of the interconnection module in a pattern configured to align with the first pattern of converter output terminals." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br><br>Ex. 4 at 3. |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br>Ex. 4 at 4. |
| 1.f | x-output terminals arranged on a surface of a second opposite side of the interconnection module in a second pattern configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals, | The Delta VPD Module practices a method comprising "x-output terminals arranged on a surface of a second opposite side of the interconnection module in a second pattern configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals."<br><br>Delta's interconnection module's second side contains a grid of output terminals configured to align with the power input terminals of the semiconductor device (or ASIC) and arranged in a second pattern with a second spacing of 1 mm or less. |
| 1.g | the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals; | The Delta VPD Module practices a method comprising "the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | Delta's VPD module's second spacing of around 1 mm or less is smaller and, thus, different than the first spacing which is greater than around 1mm. |
| 1.h | assembling the power conversion module to the first side of the interconnection module with each converter output terminal mated with and electrically connected to a respective x-input terminal; | The Delta VPD Module practices a method comprising "assembling the power conversion module [red] to the first side [orange] of the interconnection module [purple] with each converter output terminal mated with and electrically connected to a respective x-input terminal."<br><br>Upon information and belief, Delta VPD's converter output terminals are mated with and electrically connected to a respective x-input terminal of the interconnection module, depicted below.<br><br><br><br>Ex. 4 at 3. |

| # | **Limitation** | **Practice Evidence** |
|---|---|---|
| | | <br>Ex. 4 at 4. |
| 1.i | wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern; | The Delta VPD Module practices a method comprising "wherein the interconnection module [purple] is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern."<br><br>Delta's interconnection module satisfies this limitation as it routes current from the converter output terminals arranged in a first pattern at a first spacing greater than 1mm to the semiconductor device in the second pattern at a second spacing less than 1mm. |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br>Ex. 4 at 3. |
| 1.j | wherein the power conversion module and the interconnection module are stacked to form a module sandwich including the power conversion module in a first layer, electrical connections between the converter output terminals and the x-input terminals in a second layer, and | The Delta VPD Module practices a method comprising "wherein the power conversion module [red] and the interconnection module [purple] are stacked to form a module sandwich including the power conversion module [red] in a first layer, electrical connections between the converter output terminals and the x-input terminals [green] in a second layer, and the interconnection module [purple] in a third layer." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | the interconnection module in a third layer. | <br>Ex. 4 at 3. |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br>Ex. 4 at 4. |

## Claim 2

| # | Limitation | Practice Evidence |
|---|---|---|
| 2.pre | A method of powering a semiconductor device, including at least one semiconductor die having a plurality of die power input terminals arranged on a surface of the die and having edges of the semiconductor die defining a die footprint, the semiconductor device having power input terminals arranged | The Delta VPD Module practices a method comprising "[a] method of powering a semiconductor device, including at least one semiconductor die having a plurality of die power input terminals arranged on a surface of the die and having edges of the semiconductor die defining a die footprint, the semiconductor device having power input terminals arranged within the footprint of the die, the method comprising:" |

<table>
<tr><th>#</th><th>Limitation</th><th>Practice Evidence</th></tr>
<tr><td></td><td>within the footprint of the die, the method comprising:</td><td>

<br>Ex. 4 at 3.<br><br>See also 1.pre, 1.i.</td></tr>
<tr><td>2.a</td><td>providing a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells,</td><td>The Delta VPD Module practices a method comprising “providing a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells.”<br><br>See 1.a.</td></tr>
</table>

| # | Limitation | Practice Evidence |
|---|---|---|
| 2.b | each conversion cell including one or more converter output terminals, | The Delta VPD Module practices a method comprising "each conversion cell including one or more converter output terminals."<br><br>*See* 1.b. |
| 2.c | the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage, | The Delta VPD Module practices a method comprising "the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage."<br><br>*See* 1.c. |
| 2.d | the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals; | The Delta VPD Module practices a method comprising "the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals."<br><br>*See* 1.d. |
| 2.e | providing an interconnection module having x-input terminals arranged on a first side of the interconnection module in a pattern configured to align with the first pattern of converter output terminals, and | The Delta VPD Module practices a method comprising "providing an interconnection module having x-input terminals arranged on a first side of the interconnection module in a pattern configured to align with the first pattern of converter output terminals."<br><br>*See* 1.e. |
| 2.f | x-output terminals arranged on a surface of a second opposite side of the interconnection module in a second pattern arranged within the die footprint and configured to align with the power input | The Delta VPD Module practices a method comprising "x-output terminals arranged on a surface of a second opposite side of the interconnection module in a second pattern arranged within the die footprint and configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals." |

| # | **Limitation** | **Practice Evidence** |
|---|---|---|
| | terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals, | *See* 1.f, 2.pre. |
| 2.g | the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals; | The Delta VPD Module practices a method comprising "the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals."<br><br>*See* 1.g. |
| 2.h | assembling the power conversion module to the first side of the interconnection module with each converter output terminal mated with and electrically connected to a respective x-input terminal; | The Delta VPD Module practices a method comprising "assembling the power conversion module to the first side of the interconnection module with each converter output terminal mated with and electrically connected to a respective x-input terminal."<br><br>*See* 1.h. |
| 2.i | wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern; | The Delta VPD Module practices a method comprising "wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern."<br><br>*See* 1.i. |
| 2.j | wherein the power conversion module and the interconnection module are stacked to form a | The Delta VPD Module practices a method comprising "wherein the power conversion module and the interconnection module are stacked to form a module sandwich including the power conversion |

| # | Limitation | Practice Evidence |
|---|---|---|
| | module sandwich including the power conversion module in a first layer, electrical connections between the converter output terminals and the x-input terminals in a second layer, and the interconnection module in a third layer. | module in a first layer, electrical connections between the converter output terminals and the x-input terminals in a second layer, and the interconnection module in a third layer."<br><br>*See* 1.j. |

## Claim 40

| # | Limitation | Practice Evidence |
|---|---|---|
| 40.pre | An apparatus comprising: | Delta VPD Module is part of "[a]n apparatus."<br><br>*See* 1.pre. |
| 40.a | a semiconductor device having power input terminals; | Delta VPD Module is part of an apparatus comprising "a semiconductor device having power input terminals."<br><br>*See* 2.pre. |
| 40.b | a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells, | Delta VPD Module is part of an apparatus comprising "a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells."<br><br>*See* 1.a. |
| 40.c | each conversion cell including one or more converter output terminals, | Delta VPD Module is part of an apparatus comprising "each conversion cell including one or more converter output terminals." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | *See* 1.b. |
| 40.d | the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage, | Delta VPD Module is part of an apparatus comprising "the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage."<br><br>*See* 1.c. |
| 40.e | the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals; and | Delta VPD Module is part of an apparatus comprising "the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals."<br><br>*See* 1.d. |
| 40.f | an interconnection module having x-input terminals arranged on a first surface of the interconnection module in a pattern configured to align with the first pattern of converter output terminals, and | Delta VPD Module is part of an apparatus comprising "an interconnection module having x-input terminals arranged on a first surface of the interconnection module in a pattern configured to align with the first pattern of converter output terminals."<br><br>*See* 1.e. |
| 40.g | x-output terminals arranged on a second surface in a second pattern configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals, | Delta VPD Module is part of an apparatus comprising "x-output terminals arranged on a second surface in a second pattern configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals."<br><br>*See* 1.f. |
| 40.h | the second spacing being different than the first spacing, the x-input terminals being | Delta VPD Module is part of an apparatus comprising "the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | electrically connected to the x-output terminals; | *See* 1.g. |
| 40.i | the converter output terminals of the power conversion module being mated with and electrically connected to respective x-input terminals of the interconnection module; | Delta VPD Module is part of an apparatus comprising "the converter output terminals of the power conversion module being mated with and electrically connected to respective x-input terminals of the interconnection module."<br><br>*See* 1.h. |
| 40.j | wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern; | Delta VPD Module is part of an apparatus "wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern."<br><br>*See* 1.i. |
| 40.k | wherein the power conversion module and the interconnection module are stacked with the power conversion module located at a first level, electrical connections between the converter output terminals and the x-input terminals at a second level, and the interconnection module at a third level. | Delta VPD Module is part of an apparatus "wherein the power conversion module and the interconnection module are stacked with the power conversion module located at a first level, electrical connections between the converter output terminals and the x-input terminals at a second level, and the interconnection module at a third level."<br><br>*See* 1.j. |

**Claim 45**

| # | Limitation | Practice Evidence |
|---|---|---|
| 45.pre | A method of powering a semiconductor device having power input terminals, the method comprising: | Delta VPD Module practices "[a] method of powering a semiconductor device having power input terminals."<br><br>*See* 2.pre. |
| 45.a | providing a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells, | Delta VPD Module practices a method comprising "providing a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells."<br><br>*See* 1.a. |
| 45.b | each conversion cell including one or more converter output terminals, | Delta VPD Module practices a method comprising "each conversion cell including one or more converter output terminals."<br><br>*See* 1.b. |
| 45.c | the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage, | Delta VPD Module practices a method comprising "the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage."<br><br>*See* 1.c. |
| 45.d | the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals; | Delta VPD Module practices a method comprising "the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals."<br><br>*See* 1.d. |
| 45.e | providing an interconnection module having x-input terminals arranged on a first surface of the interconnection module in a pattern configured to align with | Delta VPD Module practices a method comprising "providing an interconnection module having x-input terminals arranged on a first surface of the interconnection module in a pattern configured to align with the first pattern of converter output terminals, and" |

| # | **Limitation** | **Practice Evidence** |
|---|---|---|
| | the first pattern of converter output terminals, and | *See* 1.e. |
| 45.f | x-output terminals arranged on a second surface in a second pattern configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals, | Delta VPD Module practices a method comprising "x-output terminals arranged on a second surface in a second pattern configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals."<br><br>*See* 1.f. |
| 45.g | the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals; | Delta VPD Module practices a method comprising "the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals."<br><br>*See* 1.g. |
| 45.h | providing a plurality of conductive pillars for electrically connecting the converter output terminals with respective x-input terminals; | Delta VPD Module practices a method comprising "providing a plurality of conductive pillars [orange] for electrically connecting the converter output terminals with respective x-input terminals."<br><br>*See* 1.b |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br>Ex. 28 at 4. |
| 45.i | assembling the power conversion module to the interconnection module with each converter output terminal aligned with and electrically connected to a respective x-input terminal by a respective one of the conductive pillars; | Delta VPD Module practices a method comprising "assembling the power conversion module to the interconnection module with each converter output terminal aligned with and electrically connected to a respective x-input terminal by a respective one of the conductive pillars."<br><br>*See* 1.h, 45.h. |
| 45.j | wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor | Delta VPD Module practices a method "wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern."<br><br>*See* 1.i. |

| # | **Limitation** | **Practice Evidence** |
|---|---|---|
| | device arranged in the second pattern; | |
| 45.k | wherein the power conversion module and the interconnection module are stacked to form a module sandwich including the power conversion module in a first layer, the conductive pillars connecting the converter output terminals and the x-input terminals in a second layer, and the interconnection module in a third layer; and | Delta VPD Module practices a method "wherein the power conversion module and the interconnection module are stacked to form a module sandwich including the power conversion module in a first layer, the conductive pillars connecting the converter output terminals and the x-input terminals in a second layer, and the interconnection module in a third layer."<br><br>*See* 1.j. |
| 45.l | wherein the x-output terminals are arranged with alternating polarities to reduce interconnection inductance. | Delta VPD Module practices a method "wherein the x-output terminals [red] are arranged with alternating polarities to reduce interconnection inductance." |

<table>
<tr><th>#</th><th>Limitation</th><th>Practice Evidence</th></tr>
<tr><td></td><td></td><td>



Ex. 4 at 4.</td></tr>
</table>

## Claim 49

| # | Limitation | Practice Evidence |
|---|---|---|
| 49.pre | An apparatus comprising: | Delta VPD Module is part of "[a]n apparatus."<br><br>*See* 1.pre. |

| # | Limitation | Practice Evidence |
|---|---|---|
| 49.a | a semiconductor device, including at least one semiconductor die having a plurality of die power input terminals arranged on a surface of the die and having edges of the semiconductor die defining a die footprint, the semiconductor device having power input terminals arranged within the footprint of the die; | Delta VPD Module is part of an apparatus comprising "a semiconductor device, including at least one semiconductor die having a plurality of die power input terminals arranged on a surface of the die and having edges of the semiconductor die defining a die footprint, the semiconductor device having power input terminals arranged within the footprint of the die."<br><br>*See* 2.pre. |
| 49.b | a power conversion module having switching power conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells, | Delta VPD Module is part of an apparatus comprising "a power conversion module having switching power conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells."<br><br>*See* 1.a. |
| 49.c | each conversion cell including one or more converter output terminals, | Delta VPD Module is part of an apparatus comprising "each conversion cell including one or more converter output terminals."<br><br>*See* 1.b. |
| 49.d | the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage, | Delta VPD Module is part of an apparatus comprising "the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage."<br><br>*See* 1.c. |
| 49.e | the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals; and | Delta VPD Module is part of an apparatus comprising "the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | *See* 1.d. |
| 49.f | an interconnection module having x-input terminals arranged on a first surface of the interconnection module in a pattern configured to align with the first pattern of converter output terminals, and | Delta VPD Module is part of an apparatus comprising "an interconnection module having x-input terminals arranged on a first surface of the interconnection module in a pattern configured to align with the first pattern of converter output terminals."<br><br>*See* 1.e. |
| 49.g | x-output terminals arranged on a second surface in a second pattern with alternating polarities configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals, | Delta VPD Module is part of an apparatus comprising "x-output terminals arranged on a second surface in a second pattern with alternating polarities configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals."<br><br>*See* 1.f; 45.l. |
| 49.h | the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals; | Delta VPD Module is part of an apparatus comprising "the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals."<br><br>*See* 1.g. |
| 49.i | the converter output terminals of the power conversion module being mated with and electrically connected to respective x-input terminals of the interconnection module; | Delta VPD Module is part of an apparatus comprising "the converter output terminals of the power conversion module being mated with and electrically connected to respective x-input terminals of the interconnection module."<br><br>*See* 1.h. |
| 49.j | wherein the interconnection module is configured to provide electrical and mechanical | Delta VPD Module is part of an apparatus "wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the |

| # | Limitation | Practice Evidence |
|---|---|---|
| | translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern; | first pattern and the power input terminals of the semiconductor device arranged in the second pattern."<br><br>*See* 1.i. |
| 49.k | wherein the power conversion module and the interconnection module are stacked with the power conversion module located at a first level, electrical connections between the converter output terminals and the x-input terminals at a second level, and the interconnection module at a third level. | Delta VPD Module is part of an apparatus "wherein the power conversion module and the interconnection module are stacked with the power conversion module located at a first level, electrical connections between the converter output terminals and the x-input terminals at a second level, and the interconnection module at a third level."<br><br>*See* 1.j. |

## Claim 53

| # | Limitation | Practice Evidence |
|---|---|---|
| 53.pre | An apparatus for delivering power vertically to a semiconductor die, the die having a plurality of semiconductor power input terminals arranged on a surface of the semiconductor die and having edges of the semiconductor die defining a die footprint, the apparatus comprising: | Delta VPD Module is "[a]n apparatus for delivering power vertically to a semiconductor die, the die having a plurality of semiconductor power input terminals arranged on a surface of the semiconductor die and having edges of the semiconductor die defining a die footprint."<br><br>*See* 2.pre.<br><br>Delta VPD Module is "[a]n apparatus for delivering power vertically to a semiconductor die." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br>Ex. 4 at 4. |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br>Ex. 4 at 3. |
| 53.a | switching power conversion circuitry arranged on a first substrate having a plurality of switching power conversion cells and a plurality of converter output terminals, | Delta VPD Module is an apparatus comprising "switching power conversion circuitry arranged on a first substrate having a plurality of switching power conversion cells and a plurality of converter output terminals."<br><br>*See* 49.b, 1.a, 1.b. |

| # | Limitation | Practice Evidence |
|---|---|---|
| 53.b | the switching power conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals at a second lower voltage; | Delta VPD Module is an apparatus comprising "the switching power conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals at a second lower voltage."<br><br>*See* 1.c. |
| 53.c | translation interconnections including X-input terminals configured and arranged to align with and electrically connect to the converter output terminals, | Delta VPD Module is an apparatus comprising "translation interconnections including X-input terminals configured and arranged to align with and electrically connect to the converter output terminals."<br><br>*See* 1.e. |
| 53.d | a plurality of X-output terminals configured and arranged with alternating polarities to align with respective power input terminals of the semiconductor die, and | Delta VPD Module is an apparatus comprising "a plurality of X-output terminals configured and arranged with alternating polarities to align with respective power input terminals of the semiconductor die."<br><br>*See* 1.f, 45.l. |
| 53.e | a plurality of vertical conductors to make electrical connections to the X-output terminals; | Delta VPD Module is an apparatus comprising "a plurality of vertical conductors to make electrical connections to the X-output terminals [orange]." |

| # | **Limitation** | **Practice Evidence** |
|---|---|---|
| | | <br>Ex. 4 at 4. |
| 53.f | a capacitive array arranged between the power conversion circuitry and the semiconductor die and electrically connected to the translation interconnections to provide energy storage; | Delta VPD Module is an apparatus comprising "a capacitive array [blue] arranged between the power conversion circuitry [red] and the semiconductor die and electrically connected to the translation interconnections to provide energy storage." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br>Ex.4 at 4.<br><br>*See* 1.i. |
| 53.g | wherein the translation interconnections are configured to provide electrical and mechanical translation between the converter output terminals and the power input terminals of the semiconductor die; | Delta VPD Module is an apparatus "wherein the translation interconnections are configured to provide electrical and mechanical translation between the converter output terminals and the power input terminals of the semiconductor die."<br><br>*See* 1.i. |
| 53.h | wherein the switching power conversion circuitry, the translation interconnections, and the capacitive array, are each configured and arranged within a respective footprint configured to occupy substantially all of the die | Delta VPD Module is an apparatus "wherein the switching power conversion circuitry, the translation interconnections, and the capacitive array, are each configured and arranged within a respective footprint configured to occupy substantially all of the die footprint, and are together configured and arranged to form a vertical stack configured to occupy substantially all of the die footprint."<br><br>*See* 2.pre, 53.f. |

| # | Limitation | Practice Evidence |
|---|---|---|
| | footprint, and are together configured and arranged to form a vertical stack configured to occupy substantially all of the die footprint. | |

## Claim 67

| # | Limitation | Practice Evidence |
|---|---|---|
| 67.pre | A vertical power delivery apparatus for a semiconductor die, the semiconductor die having a plurality of semiconductor power input terminals arranged on a surface of the semiconductor die and having edges of the semiconductor die defining a die footprint; | Delta VPD Module is "[a] vertical power delivery apparatus for a semiconductor die, the semiconductor die having a plurality of semiconductor power input terminals arranged on a surface of the semiconductor die and having edges of the semiconductor die defining a die footprint."<br><br>*See* 53.pre. |
| 67.a | the vertical power delivery apparatus comprising in a vertical stack configured to occupy, in whole or in part, the die footprint, the vertical stack comprising: | Delta VPD Module is "the vertical power delivery apparatus comprising in a vertical stack configured to occupy, in whole or in part, the die footprint [green]."<br><br>*See* 2.pre. |
| 67.b | (a) point-of-load ("POL") switching power conversion circuitry (i) arranged on a substrate within a conversion footprint, (ii) including a plurality of switching power conversion cells connected in parallel to | Delta VPD Module is an apparatus comprising "(a) point-of-load ("POL") switching power conversion circuitry (i) arranged on a substrate within a conversion footprint [purple], (ii) including a plurality of switching power conversion cells [blue] connected in parallel to convert power from an input at an input voltage for delivery to the semiconductor power input terminals at a die voltage." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | convert power from an input at an input voltage for delivery to the semiconductor power input terminals at a die voltage, | <br>Ex.4 at 3. |

| # | Limitation | Practice Evidence |
|---|---|---|
| | |  <br><br>Ex. 4 at 4.<br><br>*See also* 1.c, 49.b, 2.pre. |
| 67.c | (iii) the input voltage being at least five times higher than the die voltage, and (iv) the conversion footprint being configured to occupy, in whole or in part, the die footprint; | Delta VPD Module is an apparatus comprising "(iii) the input voltage being at least five times higher than the die voltage, and (iv) the conversion footprint being configured to occupy, in whole or in part, the die footprint."<br><br>The un-regulated bus converters down-converts voltage at either 4:1, 5:1, or 8:1 [purple]. Thus the "input voltage" is at least 6V (i.e., 48V / 8), which is "at least five times higher" than the 0.8V. Similarly, any voltage above 9V at the input of the voltage regulator is "at least five times higher" than the 1.8V (e.g., 48V/4, 48V/5, 54V/4, 54V/5) |

| | | |
|---|---|---|
| | |  |

Data Center Power Conversion Modules
Regulated Bus Converter
12V
Hard Disk
DIMM
PCIe
Fan
XPU
TPU
ASCI
CPU
0.8V / 1.8V
直流電源轉換器
Delta DCDC Converters
1/4 Brick
1/8 Brick
1/16 Brick
UBC
TVR
Transformer coupled VR
D50SR9R81708
VR
Voltage Regulator
D12D0R8140A
D07S0R8640A

| # | Limitation | Practice Evidence |
|---|---|---|
| | | Ex. 4 at 1.<br><br>*See* 67.b. |
| 67.d | (b) interdigitated output terminals (i) electrically connected to receive power from the switching power conversion cells, (ii) configured within a terminal footprint to match the plurality of semiconductor power input terminals, (iii) the terminal footprint being configured to occupy, in whole or in part, the die footprint; and | Delta VPD Module is an apparatus comprising "(b) interdigitated output terminals (i) electrically connected to receive power from the switching power conversion cells, (ii) configured within a terminal footprint to match the plurality of semiconductor power input terminals, (iii) the terminal footprint being configured to occupy, in whole or in part, the die footprint."<br><br>*See* 1.i, 45.l, 2.pre. |
| 67.e | (c) a capacitive array (i) arranged between the power conversion circuitry and the semiconductor die, (ii) within a filter footprint configured to occupy, in whole or in part, the die footprint and (iii) electrically connected to the interdigitated output terminals. | Delta VPD Module is an apparatus comprising "(c) a capacitive array [blue] (i) arranged between the power conversion circuitry [red] and the semiconductor die, (ii) within a filter footprint configured to occupy, in whole or in part, the die footprint and (iii) electrically connected to the interdigitated output terminals." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br>Ex. 4 at 4.<br><br>*See* 45.l, 53.f, 53.g, 2.pre. |

## <u>Claim 68</u>

| # | Limitation | Practice Evidence |
|---|---|---|
| 68.pre | A vertical power delivery apparatus for a semiconductor die, the semiconductor die having a plurality of semiconductor power input terminals arranged on a surface of the semiconductor die and having edges of the semiconductor die defining a die footprint; | Delta VPD Module comprises "[a] vertical power delivery apparatus for a semiconductor die, the semiconductor die having a plurality of semiconductor power input terminals arranged on a surface of the semiconductor die and having edges of the semiconductor die defining a die footprint."<br><br>*See* 67.pre. |

| # | Limitation | Practice Evidence |
|---|---|---|
| 68.a | the vertical power delivery apparatus comprising in a vertical stack configured to occupy, in whole or in part, the die footprint, the vertical stack comprising: | Delta VPD Module comprises "the vertical power delivery apparatus comprising in a vertical stack configured to occupy, in whole or in part, the die footprint."<br><br>*See* 67.a. |
| 68.b | (a) point-of-load ("POL") switching power conversion circuitry (i) arranged on a substrate within a conversion footprint, (ii) including a plurality of switching power conversion cells connected in parallel to convert power from an input at an input voltage to the semiconductor power input terminals at a die voltage, | Delta VPD Module is an apparatus comprising "(a) point-of-load ("POL") switching power conversion circuitry (i) arranged on a substrate within a conversion footprint, (ii) including a plurality of switching power conversion cells connected in parallel to convert power from an input at an input voltage to the semiconductor power input terminals at a die voltage."<br><br>*See* 67.b. |
| 68.c | (iii) the input voltage being at least five times higher than the die voltage, (iv) the conversion footprint being configured to occupy, in whole or in part, the die footprint; | Delta VPD Module is an apparatus comprising "(iii) the input voltage being at least five times higher than the die voltage, (iv) the conversion footprint being configured to occupy, in whole or in part, the die footprint."<br><br>*See* 67.c. |
| 68.d | (b) interdigitated output terminals (i) electrically connected to receive power from the switching power conversion cells, (ii) configured within a terminal footprint to match the plurality of semiconductor power input terminals, (iii) the terminal footprint being configured to | Delta VPD Module is an apparatus comprising "(b) interdigitated output terminals (i) electrically connected to receive power from the switching power conversion cells, (ii) configured within a terminal footprint to match the plurality of semiconductor power input terminals, (iii) the terminal footprint being configured to occupy, in whole or in part, the die footprint."<br><br>*See* 67.d. |

| # | Limitation | Practice Evidence |
|---|---|---|
| | occupy, in whole or in part, the die footprint; | |
| 68.e | (c) a capacitive array (i) arranged between the power conversion circuitry and the semiconductor die, (ii) within a filter footprint configured to occupy, in whole or in part, the die footprint, and (iii) electrically connected to the interdigitated output terminals; and | Delta VPD Module is an apparatus comprising "(c) a capacitive array (i) arranged between the power conversion circuitry and the semiconductor die, (ii) within a filter footprint configured to occupy, in whole or in part, the die footprint, and (iii) electrically connected to the interdigitated output terminals."<br><br>*See* 68.e. |
| 68.f | (d) a plurality of vertical conductors arranged within the die footprint to connect the interdigitated output terminals to the switching power conversion cells. | Delta VPD Module is an apparatus comprising "(d) a plurality of vertical conductors arranged within the die footprint to connect the interdigitated output terminals to the switching power conversion cells."<br><br>*See* 45.l, 53.c, 53.e, 53.h. |