# EXHIBIT 5

# Exhibit 5

## Claim Chart for the Practice of Independent Claims 1, 2, 40, 45, 53, 67, and 68 of Complainant Vicor Corporation's United States Patent No. 10,903,734 by Luxshare VPD Power Module ("Luxshare VPD Module") and Circuit Board Assemblies and Computing Systems Containing the Same[1]

## Claim 1

| # | Limitation | Practice Evidence |
|---|---|---|
| 1.pre | A method of powering a semiconductor device having power input terminals, the method comprising: | The Luxshare VPD Module practices "[a] method of powering a semiconductor device having power input terminals."   Ex. 6 at 1.   |

[1] The following analysis of Luxshare VPD Module is applicable to all other equivalent Luxshare power modules as well as to circuit board assemblies and computing systems containing the same.

| # | Limitation | Practice Evidence |
|---|---|---|
| | | Ex. 6 at 2. |
| 1.a | providing a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells, | The Luxshare VPD Module practices a method comprising "providing a power conversion module having conversion circuitry [red] arranged in a multi-cell structure having a plurality of conversion cells [blue]."   |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | Ex. 6 at 4. |
| 1.b | each conversion cell including one or more converter output terminals, | The Luxshare VPD Module practices a method comprising "each conversion cell including one or more converter output terminals [purple]."   Ex. 6 at 2. *See also* 1.a. |
| 1.c | the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of | The Luxshare VPD Module practices a method comprising "the conversion circuitry being configured to convert power received at a first voltage [red] for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage [green]." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | conversion cells at a second lower voltage, | The 4:1 IBC converts Vin from 54V to 13.5V. The conversion circuitry converts power received at 13.5V to the Vout at 0.8V.<br><br>Ex. 6 at 2. |
| 1.d | the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals | The Luxshare VPD Module practices a method comprising "the converter output terminals being arranged in a first pattern [blue] having a first spacing [red] between the converter output terminals." |

| # | Limitation | Practice Evidence |
| --- | --- | --- |
| | |  <br>Ex. 6 at 2. |
| 1.e | providing an interconnection module having x-input terminals arranged on a first side of the interconnection module in a pattern configured to align with the first pattern of converter output terminals, and | The Luxshare VPD Module practices a method comprising “providing an interconnection module [purple] having x-input terminals [green] arranged on a first side [orange] of the interconnection module in a pattern configured to align with the first pattern of converter output terminals.” |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br>Ex. 6 at 2. |
| 1.f | x-output terminals arranged on a surface of a second opposite side of the interconnection module in a second pattern configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals, | The Luxshare VPD Module practices a method comprising "x-output terminals arranged on a surface of a second opposite side [yellow] of the interconnection module in a second pattern configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals [orange]."<br><br>The x-output terminals of the interconnection module align with the power input terminals of the semiconductor device. |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br>Ex. 6 at 2. |
| 1.g | the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals; | The Luxshare VPD Module practices a method comprising "the second spacing [orange] being different than the first spacing, the x-input terminals [green] being electrically connected to the x-output terminals [red]." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br><br>Ex. 6 at 2. |
| 1.h | assembling the power conversion module to the first side of the interconnection module with each converter output terminal mated with and electrically connected to a respective x-input terminal; | The Luxshare VPD Module practices a method comprising "assembling the power conversion module [red] to the first side [orange] of the interconnection module [purple] with each converter output terminal mated with and electrically connected to a respective x-input terminal [green]." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br>Ex. 6 at 2. |
| 1.i | wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern; | The Luxshare VPD Module practices a method comprising "wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern [blue] and the power input terminals of the semiconductor device arranged in the second pattern [red]." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br><br>Ex. 6 at 2. |
| 1.j | wherein the power conversion module and the interconnection module are stacked to form a module sandwich including the power conversion module in a first layer, electrical connections between the converter output terminals and the x-input terminals in a second layer, and the interconnection module in a third layer. | The Luxshare VPD Module practices a method comprising "wherein the power conversion module [red] and the interconnection module [purple] are stacked to form a module sandwich including the power conversion module [red] in a first layer, electrical connections between the converter output terminals and the x-input terminals [green] in a second layer, and the interconnection module [purple] in a third layer." |

| # | Limitation | Practice Evidence |
| --- | --- | --- |
| | | <br>Ex. 6 at 2. |

## Claim 2

| # | Limitation | Practice Evidence |
| --- | --- | --- |
| 2.pre | A method of powering a semiconductor device, including at least one semiconductor die having a plurality of die power input terminals arranged on a surface of the die and having edges of the semiconductor die defining a die footprint, the semiconductor device having power input terminals arranged | The Luxshare VPD Module practices a method comprising "[a] method of powering a semiconductor device, including at least one semiconductor die having a plurality of die power input terminals [red] arranged on a surface of the die and having edges of the semiconductor die defining a die footprint [green], the semiconductor device having power input terminals arranged within the footprint of the die, the method comprising:" |

| # | Limitation | Practice Evidence |
|---|---|---|
| | within the footprint of the die, the method comprising: | <br>Ex. 6 at 2.<br><br>*See also* 1.pre. |
| 2.a | providing a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells, | The Luxshare VPD Module practices a method comprising "providing a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells."<br><br>*See* 1.a. |
| 2.b | each conversion cell including one or more converter output terminals, | The Luxshare VPD Module practices a method comprising "each conversion cell including one or more converter output terminals."<br><br>*See* 1.b. |

| # | **Limitation** | **Practice Evidence** |
|---|---|---|
| 2.c | the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage, | The Luxshare VPD Module practices a method comprising "the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage."<br><br>*See* 1.c. |
| 2.d | the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals; | The Luxshare VPD Module practices a method comprising "the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals."<br><br>*See* 1.d. |
| 2.e | providing an interconnection module having x-input terminals arranged on a first side of the interconnection module in a pattern configured to align with the first pattern of converter output terminals, and | The Luxshare VPD Module practices a method comprising "providing an interconnection module having x-input terminals arranged on a first side of the interconnection module in a pattern configured to align with the first pattern of converter output terminals."<br><br>*See* 1.e. |
| 2.f | x-output terminals arranged on a surface of a second opposite side of the interconnection module in a second pattern arranged within the die footprint and configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals, | The Luxshare VPD Module practices a method comprising "x-output terminals [red] arranged on a surface of a second opposite side of the interconnection module in a second pattern arranged within the die footprint [green] and configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals."<br><br>*See* 1.f.<br><br>The Luxshare VPD Module practices a method comprising "x-output terminals [red] . . . arranged within the die footprint [green]." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | |   Ex. 6 at 2. |
| 2.g | the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals; | The Luxshare VPD Module practices a method comprising "the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals."<br><br>*See* 1.g. |
| 2.h | assembling the power conversion module to the first side of the interconnection module with each converter output terminal mated | The Luxshare VPD Module practices a method comprising "assembling the power conversion module to the first side of the interconnection module with each converter output terminal mated with and electrically connected to a respective x-input terminal." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | with and electrically connected to a respective x-input terminal; | *See* 1.h. |
| 2.i | wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern; | The Luxshare VPD Module practices a method comprising "wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern."<br><br>*See* 1.i. |
| 2.j | wherein the power conversion module and the interconnection module are stacked to form a module sandwich including the power conversion module in a first layer, electrical connections between the converter output terminals and the x-input terminals in a second layer, and the interconnection module in a third layer. | The Luxshare VPD Module practices a method comprising "wherein the power conversion module and the interconnection module are stacked to form a module sandwich including the power conversion module in a first layer, electrical connections between the converter output terminals and the x-input terminals in a second layer, and the interconnection module in a third layer."<br><br>*See* 1.j. |

**Claim 40**

| # | Limitation | Practice Evidence |
|---|---|---|
| 40.pre | An apparatus comprising: | Luxshare VPD Module is part of "[a]n apparatus."<br><br>*See* 1.pre. |
| 40.a | a semiconductor device having power input terminals; | Luxshare VPD Module is part of an apparatus comprising "a semiconductor device having power input terminals."<br><br>*See* 2.pre. |
| 40.b | a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells, | Luxshare VPD Module is part of an apparatus comprising "a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells."<br><br>*See* 1.a. |
| 40.c | each conversion cell including one or more converter output terminals, | Luxshare VPD Module is part of an apparatus comprising "each conversion cell including one or more converter output terminals."<br><br>*See* 1.b. |
| 40.d | the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage, | Luxshare VPD Module is part of an apparatus comprising "the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage."<br><br>*See* 1.c. |
| 40.e | the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals; and | Luxshare VPD Module is part of an apparatus comprising "the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals."<br><br>*See* 1.d. |

| # | **Limitation** | **Practice Evidence** |
|---|---|---|
| 40.f | an interconnection module having x-input terminals arranged on a first surface of the interconnection module in a pattern configured to align with the first pattern of converter output terminals, and | Luxshare VPD Module is part of an apparatus comprising "an interconnection module having x-input terminals arranged on a first surface of the interconnection module in a pattern configured to align with the first pattern of converter output terminals."<br><br>*See* 1.e. |
| 40.g | x-output terminals arranged on a second surface in a second pattern configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals, | Luxshare VPD Module is part of an apparatus comprising "x-output terminals arranged on a second surface in a second pattern configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals."<br><br>*See* 1.f. |
| 40.h | the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals; | Luxshare VPD Module is part of an apparatus comprising "the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals."<br><br>*See* 1.g. |
| 40.i | the converter output terminals of the power conversion module being mated with and electrically connected to respective x-input terminals of the interconnection module; | Luxshare VPD Module is part of an apparatus comprising "the converter output terminals of the power conversion module being mated with and electrically connected to respective x-input terminals of the interconnection module."<br><br>*See* 1.h. |
| 40.j | wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input | Luxshare VPD Module is part of an apparatus "wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern."<br><br>*See* 1.i. |

| # | Limitation | Practice Evidence |
|---|---|---|
| | terminals of the semiconductor device arranged in the second pattern; | |
| 40.k | wherein the power conversion module and the interconnection module are stacked with the power conversion module located at a first level, electrical connections between the converter output terminals and the x-input terminals at a second level, and the interconnection module at a third level. | Luxshare VPD Module is part of an apparatus "wherein the power conversion module and the interconnection module are stacked with the power conversion module located at a first level, electrical connections between the converter output terminals and the x-input terminals at a second level, and the interconnection module at a third level."<br><br>*See* 1.j. |

## Claim 45

| # | Limitation | Practice Evidence |
|---|---|---|
| 45.pre | A method of powering a semiconductor device having power input terminals, the method comprising: | Luxshare VPD Module practices "[a] method of powering a semiconductor device having power input terminals."<br><br>*See* 2.pre. |
| 45.a | providing a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells, | Luxshare VPD Module practices a method comprising "providing a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells."<br><br>*See* 1.a. |

| # | Limitation | Practice Evidence |
|---|---|---|
| 45.b | each conversion cell including one or more converter output terminals, | Luxshare VPD Module practices a method comprising "each conversion cell including one or more converter output terminals."<br><br>*See* 1.b. |
| 45.c | the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage, | Luxshare VPD Module practices a method comprising "the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage."<br><br>*See* 1.c. |
| 45.d | the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals; | Luxshare VPD Module practices a method comprising "the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals."<br><br>*See* 1.d. |
| 45.e | providing an interconnection module having x-input terminals arranged on a first surface of the interconnection module in a pattern configured to align with the first pattern of converter output terminals, and | Luxshare VPD Module practices a method comprising "providing an interconnection module having x-input terminals arranged on a first surface of the interconnection module in a pattern configured to align with the first pattern of converter output terminals, and"<br><br>*See* 1.e. |
| 45.f | x-output terminals arranged on a second surface in a second pattern configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals, | Luxshare VPD Module practices a method comprising "x-output terminals arranged on a second surface in a second pattern configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals."<br><br>*See* 1.f. |

| # | Limitation | Practice Evidence |
|---|---|---|
| 45.g | the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals; | Luxshare VPD Module practices a method comprising "the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals."<br><br>*See* 1.g. |
| 45.h | providing a plurality of conductive pillars for electrically connecting the converter output terminals with respective x-input terminals; | Luxshare VPD Module practices a method comprising "providing a plurality of conductive pillars [orange] for electrically connecting the converter output terminals [blue] with respective x-input terminals [green]."<br><br><br><br><br>Ex 6 at 2. |
| 45.i | assembling the power conversion module to the interconnection module with each converter output terminal aligned with and electrically connected to a respective x-input terminal by a | Luxshare VPD Module practices a method comprising "assembling the power conversion module to the interconnection module with each converter output terminal aligned with and electrically connected to a respective x-input terminal by a respective one of the conductive pillars [orange]." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | respective one of the conductive pillars; | <br><br><br>Ex 6 at 2.<br><br>*See* 1.h. |
| 45.j | wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern; | Luxshare VPD Module practices a method "wherein the interconnection module is configured to provide electrical and mechanical translation between the converter output terminals arranged in the first pattern and the power input terminals of the semiconductor device arranged in the second pattern."<br><br>*See* 1.i. |
| 45.k | wherein the power conversion module and the interconnection module are stacked to form a module sandwich including the | Luxshare VPD Module practices a method "wherein the power conversion module and the interconnection module are stacked to form a module sandwich including the power conversion module |

| # | **Limitation** | **Practice Evidence** |
|---|---|---|
| | power conversion module in a first layer, the conductive pillars connecting the converter output terminals and the x-input terminals in a second layer, and the interconnection module in a third layer; and | in a first layer, the conductive pillars connecting the converter output terminals and the x-input terminals in a second layer, and the interconnection module in a third layer."<br><br>*See* 1.j. |
| 45.l | wherein the x-output terminals are arranged with alternating polarities to reduce interconnection inductance. | Luxshare VPD Module practices a method "wherein the x-output terminals are arranged with alternating polarities to reduce interconnection inductance."<br><br>On information and belief, the Luxshare VPD Module has x-output terminals arranged with [alternating polarities] to reduce interconnection inductance and to match the power input terminals of the TPU/GPU/XPU. The circled area in the image below shows an example of interdigitated power terminals in a TPU. |

| # | Limitation | Practice Evidence |
| --- | --- | --- |
| | |   Fig. 10. BGA current heatmap to evaluate solder ball elecro-migration risks.<br><br>Ex. 6 at 7. |

**Claim 53**

| # | Limitation | Practice Evidence |
|---|---|---|
| 53.pre | An apparatus for delivering power vertically to a semiconductor die, the die having a plurality of semiconductor power input terminals arranged on a surface of the semiconductor die and having edges of the semiconductor die defining a die footprint, the apparatus comprising: | Luxshare VPD Module is part of "[a]n apparatus for delivering power vertically to a semiconductor die, the die having a plurality of semiconductor power input terminals arranged on a surface of the semiconductor die and having edges of the semiconductor die defining a die footprint."<br><br>*See* 2.pre.<br><br>Luxshare VPD Module is part of "[a]n apparatus for delivering power vertically to a semiconductor die."<br><br><br><br><br>Ex 6 at 2. |

| # | Limitation | Practice Evidence |
| --- | --- | --- |
| 53.a | switching power conversion circuitry arranged on a first substrate having a plurality of switching power conversion cells and a plurality of converter output terminals, | Luxshare VPD Module is part of an apparatus comprising “switching power conversion circuitry arranged on a first substrate having a plurality of switching power conversion cells and a plurality of converter output terminals.”<br><br>The Luxshare VPD Module is an apparatus comprising “switching power conversion circuitry arranged on a first substrate [blue].”<br><br><br><br>Ex 6 at 2. |
| 53.b | the switching power conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals at a second lower voltage; | Luxshare VPD Module is part of an apparatus comprising “the switching power conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals at a second lower voltage.”<br><br>*See* 1.c. |
| 53.c | translation interconnections including X-input terminals configured and arranged to align | Luxshare VPD Module is part of an apparatus comprising “translation interconnections including X-input terminals configured and arranged to align with and electrically connect to the converter output terminals.” |

| # | Limitation | Practice Evidence |
|---|---|---|
| | with and electrically connect to the converter output terminals, | *See* 1.e. |
| 53.d | a plurality of X-output terminals configured and arranged with alternating polarities to align with respective power input terminals of the semiconductor die, and | Luxshare VPD Module is part of an apparatus comprising "a plurality of X-output terminals configured and arranged with alternating polarities to align with respective power input terminals of the semiconductor die."<br><br>*See* 1.f, 45.l. |
| 53.e | a plurality of vertical conductors to make electrical connections to the X-output terminals; | Luxshare VPD Module is part of an apparatus comprising "a plurality of vertical conductors to make electrical connections to the X-output terminals."<br><br><br><br>Ex 6 at 4. |

| # | Limitation | Practice Evidence |
|---|---|---|
| 53.f | a capacitive array arranged between the power conversion circuitry and the semiconductor die and electrically connected to the translation interconnections to provide energy storage; | Luxshare VPD is part of an apparatus comprising "a capacitive array [blue] arranged between the power conversion circuitry and the semiconductor die and electrically connected to the translation interconnections to provide energy storage."<br><br>On information and belief, the apparatus comprises a capacitive array arranged between the power conversion circuitry and the semiconductor die, and electrically connected to the translation interconnections to provide energy storage. This is indicated by capacitive array Cout:<br><br><br><br><br>Ex 6 at 2 |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br><br>Ex 6 at 3. |
| 53.g | wherein the translation interconnections are configured to provide electrical and mechanical translation between the converter output terminals and the power input terminals of the semiconductor die; | Luxshare VPD Module is part of an apparatus "wherein the translation interconnections are configured to provide electrical and mechanical translation between the converter output terminals and the power input terminals of the semiconductor die."<br><br>*See* 1.i. |

| # | Limitation | Practice Evidence |
|---|---|---|
| 53.h | wherein the switching power conversion circuitry, the translation interconnections, and the capacitive array, are each configured and arranged within a respective footprint configured to occupy substantially all of the die footprint, and are together configured and arranged to form a vertical stack configured to occupy substantially all of the die footprint. | Luxshare VPD Module is part of an apparatus "wherein the switching power conversion circuitry [red], the translation interconnections [purple], and the capacitive array [blue], are each configured and arranged within a respective footprint configured to occupy substantially all of the die footprint [green], and are together configured and arranged to form a vertical stack configured to occupy substantially all of the die footprint [green]."<br><br><br>Ex 6 at 1.<br><br><br>Ex 6 at 2. |

| # | Limitation | Practice Evidence |
|---|---|---|
| | |   Ex 6 at 4 |

| # | Limitation | Practice Evidence |
|---|---|---|
| | |  Ex 6 at 3. |

**Claim 67**

| # | Limitation | Practice Evidence |
|---|---|---|
| 67.pre | A vertical power delivery apparatus for a semiconductor die, the semiconductor die having a plurality of semiconductor power input terminals arranged on a surface of the semiconductor die and having edges of the semiconductor die defining a die footprint; | Luxshare VPD Module is part of "[a] vertical power delivery apparatus for a semiconductor die, the semiconductor die having a plurality of semiconductor power input terminals arranged on a surface of the semiconductor die and having edges of the semiconductor die defining a die footprint."<br><br>*See* 53.pre. |
| 67.a | the vertical power delivery apparatus comprising in a vertical stack configured to occupy, in whole or in part, the die footprint, the vertical stack comprising: | Luxshare VPD Module is part of "the vertical power delivery apparatus comprising in a vertical stack configured to occupy, in whole or in part, the die footprint [green]."<br><br> |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | Ex. 32 at 4.<br><br><br>Ex 32 at 2. |
| 67.b | (a) point-of-load ("POL") switching power conversion circuitry (i) arranged on a substrate within a conversion footprint, (ii) including a plurality of switching power conversion cells connected in parallel to convert power from an input at an input voltage for delivery to the semiconductor power input terminals at a die voltage, | Luxshare VPD Module is part of an apparatus comprising "(a) point-of-load ("POL") switching power conversion circuitry (i) arranged on a substrate within a conversion footprint [purple], (ii) including a plurality of switching power conversion cells [blue] connected in parallel to convert power from an input at an input voltage for delivery to the semiconductor power input terminals at a die voltage." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | |  <br>Ex 6 at 2.<br>*See also* 1.c. |
| 67.c | (iii) the input voltage being at least five times higher than the die voltage, and (iv) the conversion footprint being configured to occupy, in whole or in part, the die footprint; | Luxshare VPD Module is part of an apparatus comprising "(iii) the input voltage being at least five times higher than the die voltage, and (iv) the conversion footprint [purple] being configured to occupy, in whole or in part, the die footprint [green]." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | |   Vin = 54 V and Vout = 0.8V.<br><br>Ex 6 at 2. |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br>Ex 6 at 2. |
| 67.d | (b) interdigitated output terminals (i) electrically connected to receive power from the switching power conversion cells, (ii) configured within a terminal footprint to match the plurality of semiconductor power input terminals, (iii) the terminal footprint being configured to occupy, in whole or in part, the die footprint; and | Luxshare VPD Module is part of an apparatus comprising "(b) interdigitated output terminals (i) electrically connected to receive power from the switching power conversion cells, (ii) configured within a terminal footprint to match the plurality of semiconductor power input terminals, (iii) the terminal footprint being configured to occupy, in whole or in part, the die footprint."<br><br>*See* 1.i, 45.l.<br><br>Luxshare VPD Module is part of an apparatus comprising "(b) interdigitated output terminals . . . configured within a terminal footprint. . . (iii) the terminal footprint being configured to occupy, in whole or in part, the die footprint [green]." On information and belief, the TPU/GPU/XPU specifies the power delivery interface to suppliers, such that the Luxshare VPD Module has [interdigitated] output terminals configured within a terminal footprint to match the power input terminals of the TPU/GPU/XPU. The circled area in the image below additionally shows an example of interdigitated power terminals in a TPU. |

| # | Limitation | Practice Evidence |
|---|---|---|
| | |  Fig. 10. BGA current heatmap to evaluate solder ball elecro-migration risks.<br><br>*See, e.g.*, Ex. 6 at 7. |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br>Ex. 6 at 2. |
| 67.e | (c) a capacitive array (i) arranged between the power conversion circuitry and the semiconductor die, (ii) within a filter footprint configured to occupy, in whole or in part, the die footprint and (iii) electrically connected to the interdigitated output terminals. | Luxshare VPD Module is part of an apparatus comprising "(c) a capacitive array [blue] (i) arranged between the power conversion circuitry [red] and the semiconductor die, (ii) within a filter footprint [dark red] configured to occupy, in whole or in part, the die footprint [green] and (iii) electrically connected to the interdigitated output terminals." |

| # | Limitation | Practice Evidence |
|---|---|---|
| | | <br>Ex. 6 at 2.<br><br>*See* 45.l, 53.f, 53.h. |

**Claim 68**

| # | Limitation | Practice Evidence |
|---|---|---|
| 68.pre | A vertical power delivery apparatus for a semiconductor die, the semiconductor die having a plurality of semiconductor power input terminals arranged on a surface of the semiconductor die and having edges of the semiconductor die defining a die footprint; | Luxshare VPD Module comprises part of "[a] vertical power delivery apparatus for a semiconductor die, the semiconductor die having a plurality of semiconductor power input terminals arranged on a surface of the semiconductor die and having edges of the semiconductor die defining a die footprint."<br><br>*See* 67.pre. |
| 68.a | the vertical power delivery apparatus comprising in a vertical stack configured to occupy, in whole or in part, the die footprint, the vertical stack comprising: | Luxshare VPD Module comprises part of "the vertical power delivery apparatus comprising in a vertical stack configured to occupy, in whole or in part, the die footprint."<br><br>*See* 67.a. |
| 68.b | (a) point-of-load ("POL") switching power conversion circuitry (i) arranged on a substrate within a conversion footprint, (ii) including a plurality of switching power conversion cells connected in parallel to convert power from an input at an input voltage to the semiconductor power input terminals at a die voltage, | Luxshare VPD Module is part of an apparatus comprising "(a) point-of-load ("POL") switching power conversion circuitry (i) arranged on a substrate within a conversion footprint, (ii) including a plurality of switching power conversion cells connected in parallel to convert power from an input at an input voltage to the semiconductor power input terminals at a die voltage."<br><br>*See* 67.b. |
| 68.c | (iii) the input voltage being at least five times higher than the die voltage, (iv) the conversion footprint being configured to occupy, in whole or in part, the die footprint; | Luxshare VPD Module is part of an apparatus comprising "(iii) the input voltage being at least five times higher than the die voltage, (iv) the conversion footprint being configured to occupy, in whole or in part, the die footprint."<br><br>*See* 67.c. |

| # | Limitation | Practice Evidence |
|---|---|---|
| 68.d | (b) interdigitated output terminals (i) electrically connected to receive power from the switching power conversion cells, (ii) configured within a terminal footprint to match the plurality of semiconductor power input terminals, (iii) the terminal footprint being configured to occupy, in whole or in part, the die footprint; | Luxshare VPD Module is part of an apparatus comprising "(b) interdigitated output terminals (i) electrically connected to receive power from the switching power conversion cells, (ii) configured within a terminal footprint to match the plurality of semiconductor power input terminals, (iii) the terminal footprint being configured to occupy, in whole or in part, the die footprint."<br><br>*See* 67.d. |
| 68.e | (c) a capacitive array (i) arranged between the power conversion circuitry and the semiconductor die, (ii) within a filter footprint configured to occupy, in whole or in part, the die footprint, and (iii) electrically connected to the interdigitated output terminals; and | Luxshare VPD Module is part of an apparatus comprising "(c) a capacitive array (i) arranged between the power conversion circuitry and the semiconductor die, (ii) within a filter footprint configured to occupy, in whole or in part, the die footprint, and (iii) electrically connected to the interdigitated output terminals."<br><br>*See* 68.e. |
| 68.f | (d) a plurality of vertical conductors arranged within the die footprint to connect the interdigitated output terminals to the switching power conversion cells. | Luxshare VPD Module is part of an apparatus comprising "(d) a plurality of vertical conductors arranged within the die footprint to connect the interdigitated output terminals to the switching power conversion cells."<br><br>*See* 45.l, 53.c, 53.e, 53.h |