**Exhibit 7**

**Claim Chart for the Practice of Independent Claim 1 of Complainant Vicor Corporation's United States Patent No. 10,903,734 by Infineon VPD and Circuit Board Assemblies and Computing Systems Containing the Same[1]**

## Claim 1

| # | Limitation | Practice Evidence |
|---|---|---|

[1] The following analysis of TDM24545S is applicable to all other equivalent Infineon power modules as well as to circuit board assemblies and computing systems containing the same. The TDM24545S and its equivalent Infineon power modules, together with Infineon's compatible circuit board assemblies and computing systems, are referred to as the Infineon VPD herein.

| | | |
|---|---|---|
| 1.pre | A method of powering a semiconductor device having power input terminals, the method comprising: | The Infineon VPD practices “[a] method of powering a semiconductor device having power input terminals.”<br><br>The TDM24545S OptiMOS™ Quad-phase power module (280 A, 70A/phase) is a DC-DC module that contains four smart power stages, one power inductor block and integrated decoupling capacitors to provide the lower output voltages required by, e.g., CPUs and GPUs.<br><br><br>**Product:** OptiMOS TDM24545S<br>**Type:** DC-DC converter<br>**Power density:** 280 A, 70 A/phase<br>**Input voltage:** 5.24 to 16 V DC<br>**Output voltage:** 0.225 to 1.5 V DC<br>**Operating frequency:** up to 2 MHz<br>**Features:**<br>Integrated decoupling capacitors<br>Cycle-by-cycle overcurrent protection (OCP)<br>**Vendor:** Infineon<br>William G. Wong, *More Power Products at APEC 2025*, Electronic Design (March 18, 2025) https://www.electronicdesign.com/technologies/power/article/55274913/electronic-design-more-power-products-at-apec-2025 [https://perma.cc/WV4Q-QAPA] |

| | | |
|---|---|---|
| 1.a | providing a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells, | The Infineon VPD practices a method comprising "providing a power conversion module having conversion circuitry arranged in a multi-cell structure having a plurality of conversion cells."<br><br>Each individual Infineon TDM24545S Quad-Phase power module (hereafter, the "TDM") is a power conversion module.<br><br><br>**Product:** OptiMOS TDM24545S<br>**Type:** DC-DC converter<br>**Power density:** 280 A, 70 A/phase<br>**Input voltage:** 5.24 to 16 V DC<br>**Output voltage:** 0.225 to 1.5 V DC<br>**Operating frequency:** up to 2 MHz<br>**Features:**<br>Integrated decoupling capacitors<br>Cycle-by-cycle overcurrent protection (OCP)<br>**Vendor:** Infineon<br><br>William G. Wong, *More Power Products at APEC 2025*, Electronic Design (March 18, 2025) https://www.electronicdesign.com/technologies/power/article/55274913/electronic-design-more-power-products-at-apec-2025 [https://perma.cc/WV4Q-QAPA]<br><br>The Data Sheet for the Infineon VPD module includes four stages and a power inductor block that provide an independent pair of output rails with four phase synchronous buck converters. The 9- × 10- × by 5-mm package is optimized for heat transfer and PCB layout. It supports driver/MOSFET control timing with minimal switch node ringing.<br><br>William G. Wong, *More Power Products at APEC 2025*, Electronic Design (March 18, 2025) https://www.electronicdesign.com/technologies/power/article/55274913/electronic-design-more-power-products-at-apec-2025 [https://perma.cc/WV4Q-QAPA] |

| | | |
|---|---|---|
| | | The Infineon VPD module includes four half-bridge MOSFET pairs, gate drivers, four output inductors, output capacitors, and VIN, VOUT and GND pins. The Infineon VPD module also includes a plurality of conversion cells, *e.g.*, channel 1 and 2, and channel 3 and 4 power trains. |
| 1.b | each conversion cell including one or more converter output terminals, | The Infineon VPD practices a method comprising "each conversion cell including one or more converter output terminals."<br><br>Infineon's marketing literature indicates that each TDM24545S includes converter output terminals for each conversion cell, including, *e.g.*, (1) GND, VOUT-1, and GND; and (2) GND, VOUT-2, and GND. |

| | | |
|---|---|---|
| 1.c | the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminal of the plurality of conversion cells at a second lower voltage, | The Infineon VPD practices a method comprising "the conversion circuitry being configured to convert power received at a first voltage for delivery via the converter output terminals of the plurality of conversion cells at a second lower voltage."<br><br><br><br>**Product:** OptiMOS TDM24545S<br>**Type:** DC-DC converter<br>**Power density:** 280 A, 70 A/phase<br>**Input voltage:** 5.24 to 16 V DC<br>**Output voltage:** 0.225 to 1.5 V DC<br>**Operating frequency:** up to 2 MHz<br>**Features:**<br>Integrated decoupling capacitors<br>Cycle-by-cycle overcurrent protection (OCP)<br>**Vendor:** Infineon<br><br>William G. Wong, *More Power Products at APEC 2025*, Electronic Design (March 18, 2025) https://www.electronicdesign.com/technologies/power/article/55274913/electronic-design-more-power-products-at-apec-2025 [https://perma.cc/WV4Q-QAPA]<br><br>Infineon's marketing literature indicates that each TDM24545S includes, *e.g.*, four terminals (VIN pins) at which power is received at a first voltage and six converter output terminals (VOUT and GND pins) through which power is delivered at a second lower voltage. |

| | | |
|---|---|---|
| 1.d | the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals | The Infineon VPD practices a method comprising "the converter output terminals being arranged in a first pattern having a first spacing between the converter output terminals."<br><br>Infineon markets the TDM24545S with a display showing a first pattern having a first spacing between the described converter output terminals. |

| | | |
|---|---|---|
| 1.e | providing an interconnection module having x-input terminals arranged on a first side of the interconnection module in a pattern configured to align with the first pattern of converter output terminals, and | The Infineon VPD practices a method comprising "providing an interconnection module [purple] having x-input terminals [green] arranged on a first side [orange] of the interconnection module in a pattern configured to align with the first pattern of converter output terminals."<br><br><br><br><br>Ex 8 at 7. |

| | | |
|---|---|---|
| 1.f | x-output terminals arranged on a surface of a second opposite side of the interconnection module in a second pattern configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals, | The Infineon VPD practices a method comprising "x-output terminals arranged on a surface of a second opposite side [yellow] of the interconnection module in a second pattern [red] configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals [orange]."<br><br>**Infineon Talks Powering AI and Infrastructure**<br><br>Power Electronics News, *Infineon Talks Powering AI and Infrastructure*, YouTube (May 2026), https://www.youtube.com/watch?v=6Porv9z5hss&t=26s (screenshot around 1:39).<br><br>The fine spacing of the land grid array can be seen enhanced in the image below: |

| | | |
|---|---|---|
| | | <br>Power Electronics News, *Infineon Talks Powering AI and Infrastructure*, YouTube (May 2026), https://www.youtube.com/watch?v=6Porv9z5hss&t=26s (excerpt from screenshot around 1:39). |

| | | |
|---|---|---|
| 1.g | the second spacing being different than the first spacing, the x-input terminals being electrically connected to the x-output terminals; | The Infineon VPD practices a method comprising "the second spacing [orange] being different than the first spacing [yellow], the x-input terminals [green] being electrically connected to the x-output terminals [red]." |

| | | |
|---|---|---|
| | |  |

| | | |
|---|---|---|
| | | Ex 8 at 7. The red arrow points to the opposite side of the component.<br><br>**Infineon Talks Powering AI and Infrastructure**<br><br>Power Electronics News, *Infineon Talks Powering AI and Infrastructure*, YouTube (May 2026), https://www.youtube.com/watch?v=6Porv9z5hss&t=26s (screenshot around 1:39). |

| | | |
|---|---|---|
| 1.h | assembling the power conversion module to the first side of the interconnection module with each converter output terminal mated with and electrically connected to a respective x-input terminal; | The Infineon VPD practices a method comprising "assembling the power conversion module [red] to the first side [orange] of the interconnection module [purple] with each converter output terminal mated with and electrically connected to a respective x-input terminal [green]."   Ex 8 at 3. |

| | | |
|---|---|---|
| 1.i | in a second pattern configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals, | The Infineon VPD practices a method comprising "in a second pattern configured to align with the power input terminals of the semiconductor device, the second pattern having a second spacing between x-output terminals"<br><br>**Infineon Talks Powering AI and Infrastructure**<br><br>Power Electronics News, *Infineon Talks Powering AI and Infrastructure*, YouTube (May 2026), https://www.youtube.com/watch?v=6Porv9z5hss&t=26s (screenshot around 1:39). |

| | | |
|---|---|---|
| 1.j | wherein the power conversion module and the interconnection module are stacked to form a module sandwich including the power conversion module in a first layer, electrical connections between the converter output terminals and the x-input terminals in a second layer, and the interconnection module in a third layer. | The Infineon VPD practices a method comprising "wherein the power conversion module [red] and the interconnection module [purple] are stacked to form a module sandwich including the power conversion module [red] in a first layer, electrical connections between the converter output terminals and the x-input terminals [green] in a second layer, and the interconnection module [purple] in a third layer."   Ex 8 at 3. |